# Court of Appeals
# of the State of Georgia

ATLANTA,___October 31, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0390.  THERON BROWN v. THE STATE.**

Theron Brown was charged with possessing methamphetamine.  After the trial court denied his motion to suppress, Brown stipulated to a bench trial based upon the transcript from the suppression hearing.  The trial court entered an order finding Brown guilty, but the court did not enter a sentence.  Brown then filed this direct appeal.

We lack jurisdiction.  Although the trial court found Brown guilty, it has neither entered a judgment of conviction nor imposed a sentence. Accordingly, the case remains pending below, and Brown was required to follow the interlocutory appeal procedures of OCGA § 5-6- 34 (b) to obtain appellate review at this time.  See *Kellerv. State*, 275 Ga. 680 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence); *Crolley v. State*, 182 Ga. App. 2 (1) (354 SE2d 864) (1987) (a criminal proceeding is pending until the court enters a written sentence).  Because we lack jurisdiction, this appeal is hereby DISMISSED.

We note, however, that upon the trial court's entry of the sentence, Brown's notice of appeal will "ripen."  See *Rolland v. State*, 321 Ga. App. 661, 662 n.1 (742 SE2d 482) (2013).  Thus, upon entry of the sentence, the clerk of the superior court is hereby directed to transmit the record back to this Court for re-docketing.  See id.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___10/31/2014___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*